ORIGINAL

FILED IN OPEN COURT
U.S.D.C. - Atlanta

AUG 27 2024

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA

v.

MAXIMO FITZHUGH

Criminal Indictment

No. 1:24CR-0277

THE GRAND JURY CHARGES THAT:

On or about April 9, 2024, in the Northern District of Georgia and elsewhere, the defendant, MAXIMO FITZHUGH, consciously disregarding a substantial risk that his communication would be viewed as threatening violence, knowingly transmitted a communication in interstate and foreign commerce that contained a threat to injure the person of another; specifically, FITZHUGH called Company A and made statements, which included, but were not limited to, the following: "I got you guy's address, and I'm fixin' to come shoot the whole place up, so you need to evacuate now."

All in violation of Title 18, United States Code, Section 875(c).

A true BILL

_____
FOREPERSON

RYAN K. BUCHANAN
  *United States Attorney*

BRET R. HOBSON
  *Assistant United States Attorney*
Georgia Bar No. 882520

BRENT ALAN GRAY
  *Assistant United States Attorney*
Georgia Bar No. 155089

600 U.S. Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303
404-581-6000; Fax: 404-581-6181

2