U.S. Department of Justice
United States Attorney

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

Division: Atlanta
(USAO: 2024R00620)

FILED IN OPEN COURT
U.S.D.C. - Atlanta

AUG 27 2024

KEVIN P. WEIMER, Clerk
By _____ Deputy Clerk

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION

COUNTY NAME: Fulton

DISTRICT COURT NO. 1:24CR-0277

MAGISTRATE CASE NO.

X Indictment
DATE: August 27, 2024

Information
DATE:

Magistrate's Complaint
DATE:

UNITED STATES OF AMERICA
vs.
MAXIMO CEDENO FITZHUGH

SUPERSEDING INDICTMENT
Prior Case Number:
Date Filed:

GREATER OFFENSE CHARGED: X Felony  Misdemeanor

**Defendant Information:**

Is the defendant in custody?   X Yes   No
Is the defendant in custody on this charge or other conviction?   On another conviction
Is the defendant awaiting trial on other charges?   X Yes   No
   Other charges: Federal
   Name of institution: Robert A Deyton Detention Facility

Will the defendant require an interpreter?   Yes   X No

District Judge:

Attorney: Bret Reed Hobson
Defense Attorney: