IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| UNITED STATES OF AMERICA | Criminal Action No. |
|---|---|
| v. | 1:24-CR-00277-TWT-LTW |
| MAXIMO FITZHUGH | |

**Victim Disclosure Statement Pursuant to Federal Rule 12.4(a)(2)**

Pursuant to Rule 12.4(a)(2) of the Federal Rules of Criminal Procedure, the United States hereby notifies the Court that this case involves an organizational victim, Summit Medical Associates. Although the government has diligently sough to determine whether this victim has any parent corporation or whether any publicly held corporation owns 10% or more of the victim's stock, the government has not discerned the answer to these inquiries. The government will continue to seek this information and understands that Rule 12.4(a)(2) of the Federal Rules of Criminal Procedure requires that a supplemental statement be filed if there is any change in the information that this statement requires.

Respectfully submitted,

RYAN K. BUCHANAN
　　*United States Attorney*


/s/BRET R. HOBSON
　　*Assistant United States Attorney*
　　Georgia Bar No. 882520
　　Bret.Hobson@usdoj.gov

600 U.S. Courthouse, 75 Ted Turner Drive S.W., Atlanta, GA 30303
(404) 581-6000　fax (404) 581-6181

2

## Certificate of Service

The United States Attorney's Office served this document today by filing it using the Court's CM/ECF system, which automatically notifies the parties and counsel of record.

> Rosalyn Chang
> Colin M. Garrett
> Federal Defender Program, Inc.
> 101 Marietta Street, NW
> Atlanta, GA 30303
> Rosalyn_Chang@fd.org
> colin_garrett@fd.org
> *Attorneys for Defendant Maximo Fitzhugh*

October 3, 2024

> /s/ Bret R. Hobson
> Bret R. Hobson
> *Assistant United States Attorney*